UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONYAL CODY (CDCR # C78600),<br><br>        Petitioner,<br><br>   v.<br><br>R.J. GROUNDS, warden,<br><br>        Respondent.<br>_____ / | No. C 12-2603 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 19, 2012

                                        SUSAN ILLSTON
                              United States District Judge