UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONYAL CODY<br>(CDCR # C78600),<br>        Petitioner,<br>    v.<br>R.J. GROUNDS, warden,<br>        Respondent.<br>                                            / | No. C 12-2603 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 19, 2012

                                            SUSAN ILLSTON
                                      United States District Judge